1054 COURTRIGHT vs. ATTORNEY GENERAL, 43 M., 411.

To compel respondent to certify a bill of costs taxed against the State, in an action on a recognizance.

Denied April 23, 1880.

Held, that an action upon a recognizance of bail for the appearance of a person charged with crime is not such a civil action as authorized costs to be taxed against the State under Comp. L., 7407.

1055 WEBSTER vs. COMMISSIONER OF STATE LAND OFFICE, 66 M., 503.

Where nothing remains but the enforcement of a legal duty, the remedy is by mandamus.

Decided June 23, 1887.